UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE No. _____

CLAUDE D. JACKSON,

    Plaintiff

v.

V&A DELIVERY SERVICES, INC. and
RYAN PORTES,

    Defendants.
_____/

## COMPLAINT

*(served with interrogatories and request for production on each defendant)*

Plaintiff Claude D. Jackson sues Defendants V & A Delivery Services, Inc. and Ryan Portes, for negligence, and alleges:

1. This is an action for damages exceeding $75,000, exclusive of interest and costs.

2. Plaintiff Claude D. Jackson is a Georgia citizen and resides in Atlanta.

3. Defendant V & A Delivery Services, Inc is a Florida corporation and maintains its principal place of business in Volusia County.

4. Defendant Ryan Portes is a Florida citizen and resides in Hillsborough County.

5. This Court has jurisdiction under 28 U.S.C. §1332 (diversity jurisdiction).

6. In Washington State, on July 30, 2018, Portes was driving a box truck that V&A controlled, leased or had dominion over. V&A used the truck to transport and deliver appliances, other manufactured goods, and for other V&A related matters.

7. On that date – July 30, 2018, Plaintiff Jackson was a passenger.

8. While traveling west on a county road northeast of Olympia, WA -- Portes fell asleep, lost control of the truck, and slammed into two large, Northwest Fir trees.

9. As a result, Jackson endured serious injuries. All told, he required four surgeries – two in Seattle and two in Atlanta.

### Count I
### Negligence Against V&A

Plaintiff Jackson sues Defendants V & A Delivery Services, realleging paragraphs 1-9, and further alleges:

10. At all material times, V&A controlled, leased, or had dominion over the truck that Portes was operating at the time of the crash.

11. At all material times, V&A authorized Portes to drive the truck for the purposes of going from job site to job site, delivering appliances, transporting crew, and performing other associated matters.

12. At all material times, Portes was acting in furtherance of V&A's business.

13. At all material times, V&A was responsible for Portes' driving actions under the doctrine of respondeat superior, and other applicable law, and is consequentially liable for Portes' negligence.

14. Defendants Portes and V&A had a duty to operate the truck in a safe, reasonable and prudent manner. Defendants owed this duty to Plaintiff Jackson.

15. Defendants violated the duty owed to Jackson by committing the following, *inter alia*, acts and omissions:

    (a) Falling asleep while driving.

    (b) Failing to stop for a rest break.

    (c)    Failing to get sufficient sleep.

    (d)    Failing to require or ensure that Portes was sufficiently rested.

    (e)    Failing to keep a proper lookout.

    (f)    Driving too fast for the conditions.

    (g)    Driving carelessly.

    (h)    Making an unsafe lane change.

    (i)    Passing in front of oncoming traffic.

    (j)    Failing to warn.

    (k)    Violating the following traffic statutes under Washington law: §§46.61.0150; 46.61.100; 46.61.140; 46.61.140; 46.61.150; 46.61.400; 46.61.445; 46.61.465; 46.61.500; 46.61.6701; and 46.61.673, WA ST.

16.    As a result of Defendants' negligence, Jackson suffered bodily injury resulting in pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, hospitalization, medical treatment, loss of earnings, and loss of ability to earn money, and aggravation of a pre-existing injury. The losses are either permanent or continuing and Jakcson will suffer losses in the future.

WHEREFORE, Plaintiff Claude Jackson demands judgment for damages against Defendant V&A Delivery Services, Inc., and trial by jury on all issues so triable.

## Count II
## Negligence Against Portes

Plaintiff Jackson sues Defendant Portes, realleging paragraphs 1-8, and further alleges:

17.     Defendants Portes had a duty to operate the truck in a safe, reasonable and prudent manner.  Defendant owed this duty to Plaintiff Jackson.

18.     Defendant Portes violated the duty owed to Jackson by committing the following, *inter alia*, acts and omissions:

    (a)     Falling asleep while driving.

    (b)     Failing to stop for a rest break.

    (c)     Failing to get sufficient sleep.

    (d)     Failing to keep a proper lookout.

    (e)     Driving too fast for the conditions.

    (f)     Driving carelessly.

    (g)     Making an unsafe lane change.

    (h)     Passing in front of oncoming traffic.

    (i)     Failing to warn.

    (j)     Violating the following traffic statutes under Washington law: §§46.61.0150; 46.61.100; 46.61.140; 46.61.140; 46.61.150; 46.61.400; 46.61.445; 46.61.465; 46.61.500; 46.61.6701; and 46.61.673, WA ST.

19.     As a result of Defendant's negligence, Jackson suffered bodily injury resulting in pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, hospitalization, medical treatment, loss of earnings, and loss of ability to earn money, and aggravation of a pre-existing injury. The losses are either permanent or continuing and Jakcson will suffer losses in the future.

WHEREFORE, Plaintiff Claude Jackson demands judgment for damages against Defendant Ryan Portes, and trial by jury on all issues so triable.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on February 5, 2020, a true and correct copy of the forgoing document was electronically filed with the Clerk of the Court using CM/ECF.

> PITA WEBER DEL PRADO
> Attorneys for Plaintiff
> 9350 S. Dixie Hwy., Ste. 1200
> Miami, FL  33156
> Tel: (305) 670-2889
> Fax (305) 670-6666
> Primary email: spita@pwdlawfirm.com
> Secondary email: pquijada@pwdlawfirm.com
>
> By:  /s/ H. K. Skip Pita
>       H. K. Skip Pita
>       FBN  0101974